E-FILED
Thursday, 15 November, 2007  11:43:52 AM
Clerk, U.S. District Court, ILCD

FILED

NOV 15 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOI

07-1255

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>**RECEIVED** |
| 1. Article Addressed to:<br><br>Michael Glick<br>Chief Asst. Atty General for<br>Criminal Appeal Bureau<br>100 W. Randolph St.<br>12th Floor<br>Chicago, IL 60601 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>NOV 05 2007<br><br>Office Of The Attorney General<br>Office Services |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7003 1680 0006 8671 2801 | |
| PS Form 3811, February 2004   Domestic Return Receipt  102595-02-M-1540 | |