IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

---

| | | |
|---|---|---|
| SHAWN WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 07-1255 |
| | ) | |
| ROGER E. WALKER, Director, | ) | |
| Illinois Department of Corrections, | ) | The Honorable |
| | ) | Joe Billy McDade, |
| Respondent. | ) | Judge Presiding. |

---

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record: Please enter my appearance as counsel in this case for respondent ROGER E. WALKER. I certify that I am admitted to practice in this court.


December 11, 2007              Respectfully submitted,

                               s/ Michael R. Blankenheim
                               MICHAEL R. BLANKENHEIM, Bar # 6289072
                               Assistant Attorney General
                               100 West Randolph St., 12th Floor
                               Chicago, Illinois 60601
                               TELEPHONE: (312) 814-8826
                               FAX: (312) 814-2253
                               EMAIL: mblankenheim@atg.state.il.us

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 11, 2007, I electronically filed an **Appearance** with the Clerk of the United States District Court for the Central District of Illinois, Peoria Division, using the CM/ECF system, which will send a copy of the same to:

Gerardo Gutierrez
53 West Jackson Boulevard
Suite 1122
Chicago, Illinois 60601

                                      LISA MADIGAN
                                      Attorney General of Illinois

        By:      s/ Michael R. Blankenheim
                    MICHAEL R. BLANKENHEIM, Bar # 6289072
                    Assistant Attorney General
                    100 West Randolph Street, 12th Floor
                    Chicago, Illinois 60601
                    TELEPHONE: (312) 814-8826
                    FAX: (312) 814-2253
                    EMAIL: mblankenheim@atg.state.il.us