IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| SHAWN WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 07-1255 |
| | ) | |
| ROGER E. WALKER, Director, | ) | |
| Illinois Department of Corrections, | ) | The Honorable |
| | ) | Joe Billy McDade, |
| Respondent. | ) | Judge Presiding. |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT**

The following Exhibits A and B are being filed in this Court contemporaneously with respondent's Motion to Dismiss petitioner's petition for writ of habeas corpus:

Exhibit A:   Rule 23 Order, *People v. Williams*, No. 1-04-0771 (Ill.App. 1st Dist. Apr. 18, 2006); and

Exhibit B:   Petitioner's Illinois Department of Corrections Information Sheet (Sept. 27, 2006).

December 11, 2007                    Respectfully submitted,

                                                      LISA MADIGAN
                                                     Attorney General of Illinois

                                  By:    s/ Michael R. Blankenheim
                                          MICHAEL R. BLANKENHEIM, Bar # 6289072
                                          Assistant Attorney General
                                          100 West Randolph Street, 12th Floor
                                          Chicago, Illinois 60601
                                          TELEPHONE: (312) 814-8826
                                          FAX: (312) 814-2253
                                          EMAIL: mblankenheim@atg.state.il.us