E-FILED
Tuesday, 11 December, 2007  01:50:07 PM
Clerk, U.S. District Court, ILCD

# ILLINOIS Department of Corrections

Roger E. Walker
Rod R. Blagojevich

**Agency Links**
- Director
- Dept Overview FY 03
- Mission Statement
- Inmate Search
- Sex Registrant Search
- Facilities
- Visitation Rules
- IDOC News
- Reports & Stats
- Jobs @ IDOC
- Industries
- Victim Services
- Correctional Conferences
- Wanted Fugitives
- Attorney FAQ
- FAQ
- Contact Us
- Employee Benefits Information
- Illinois Department of Juvenile Justice
- IDOC Home

☐ **State Links**

Search Illinois
[Go] [Search Tips]

about Identity Theft

**Inmate Search**

Press for Printer Friendly Version (no graphics)

CHECK TO INCLUDE PHOTO ☐

**Other Inmate Locators**
Federal Inmate Locator




## B12524 - WILLIAMS, SHAWN

| | |
|---|---|
| Parent Institution: | Menard Correctional Center |
| Inmate Status: | IN CUSTODY |
| Location: | MENARD |
| Discharge Reason: | |

Click here to register for notification on any changes to this offender's custody status

### VITALS
| | |
|---|---|
| Date of Birth: | 07-12-1971 |
| Weight: | 180 lbs. |
| Hair: | Black |
| Sex: | Male |
| Height: | 5 ft. 09 in. |
| Race: | Black |
| Eyes: | Black |

### MARKS, SCARS, & TATTOOS
TATTOO, ARM, LEFT - HEART,CROWN,BPA,5 PT STAR,MCSHAN
TATTOO, CHEST - 5 PT STAR,MC,COBRA,MC
TATTOO, BACK - COBRA,13 TRAY, LITHRA
TATTOO, ARM, RIGHT - HEART/RIBBON,PYRAMID W/SUN
TATTOO, HAND, RIGHT - MC

### ADMISSION / RELEASE / DISCHARGE INFO
| | |
|---|---|
| Custody Date: | 03/30/2001 |
| Projected Parole Date: | 12/19/2027 |
| Paroled Date: | -- |
| Tentative Discharge Date: | |
| Discharge From Parole: | 12/19/2030 |

### SENTENCING INFORMATION

| MITTIMUS: | 00CR0298101 |
|---|---|
| CLASS: | M |
| COUNT: | 1 |
| OFFENSE: | MURDER/INTENT TO KILL/INJURE |
| CUSTODY DATE: | 12/19/1999 |
| SENTENCE: | 28 YEARS 0 MONTHS 0 DAYS |

EXHIBIT B

| | |
|---|---|
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | NO |
| | |
| MITTIMUS: | 00CR0298101 |
| CLASS: | 3 |
| COUNT: | 1 |
| OFFENSE: | AGG BATTERY/GREAT BODILY HARM |
| CUSTODY DATE: | 12/19/1999 |
| SENTENCE: | 5 YEARS 0 MONTHS 0 DAYS |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | NO |
| | |
| MITTIMUS: | 96CR26600 |
| CLASS: | 2 |
| COUNT: | 1 |
| OFFENSE: | BURGLARY |
| CUSTODY DATE: | 09/23/1996 |
| SENTENCE: | 3 YEARS 0 MONTHS 0 DAYS |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | YES |
| | |
| MITTIMUS: | 90CR13579 |
| CLASS: | X |
| COUNT: | 1 |
| OFFENSE: | ARMED VIO/CATEGORY I WEAPON |
| CUSTODY DATE: | 10/17/1990 |
| SENTENCE: | 6 YEARS 0 MONTHS 0 DAYS |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | YES |
| | |
| MITTIMUS: | 90CR13579 |
| CLASS: | 3 |
| COUNT: | 1 |
| OFFENSE: | CONT SUBS ACT-MFG/DEL |
| CUSTODY DATE: | 10/17/1990 |
| SENTENCE: | 6 YEARS 0 MONTHS 0 DAYS |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | YES |
| | |
| MITTIMUS: | 90CR29492 |
| CLASS: | 2 |
| COUNT: | 1 |
| OFFENSE: | ROBBERY |
| CUSTODY DATE: | 01/11/1990 |
| SENTENCE: | 3 YEARS 0 MONTHS 0 DAYS |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | YES |

All complaints regarding the accuracy of information contained in these