# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

```
SHAWN WILLIAMS,                    )
                                   )
     Petitioner,                   )
                                   )
          v.                       )    Case No. 07-cv-1255
                                   )
ROGER E. WALKER and DON HULICK,    )
                                   )
     Respondents.                  )
```

## O R D E R

This matter is before the Court on the Motion to Dismiss filed by Respondent, Roger E. Walker, on December 11, 2007 [Doc. 6]. The Motion is GRANTED IN PART and this matter is TRANSFERRED to the District Court for the Northern District of Illinois.

Petitioner was convicted in Cook County, Illinois of first degree murder and aggravated battery. Cook County is located in the Northern District of Illinois. Petitioner currently (and at the time the Petition was filed) is housed at the Menard Correctional Center located Randolph County, Illinois. Randolph County is located in the Southern District of Illinois. Title 28 U.S.C. § 2241(d) provides that when a state contains more than one judicial district, a petition for habeas relief may be filed in either the district wherein Petitioner is located or the district wherein Petitioner was convicted and sentenced.

In light of Petitioner's request for an evidentiary hearing, and the potential of witnesses and evidence being found in Cook County, the furtherance of justice requires this matter be transferred to the District Court for the Northern District of Illinois.

IT IS THEREFORE ORDERED:

That the Motion to Dismiss is GRANTED IN PART and that this matter is transferred to the District Court for the Northern District of Illinois.

Entered this __17th__ day of December, 2007

                                        s/ Joe B. McDade
                                        JOE BILLY McDADE
                                    United States District Judge