# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### OFFICE OF THE CLERK

JOHN M. WATERS
CLERK OF COURT

TEL: 309-671-7117

US Courthouse
100 NE Monroe
309 Federal Bldg.
Peoria, IL. 61602

12/18/07

In Re:07-1255

Dear Clerk:

    On **12/17/07**, an order by the Honorable **Judge Joe Billy McDade, US District Judge**, was entered **transferring the above-mentioned case from this District Court to the US District Court, Peoria Division.**

    Enclosed is a certified copy of the docket sheet. This court is using the electronic filing system. You may access our electronic case file at the following address: **http://ecf.ilcd.uscourts.gov** to obtain the remaining documents. We have assigned a login and password for district courts to use in accessing this information. The login is:      , and the password is      . This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

    Please acknowledge receipt of the docket by returning a copy of this letter.

Very truly yours,
JOHN M. WATERS, CLERK

By s/ S. Marvel
    Deputy Clerk

**RECEIPTED ACKNOWLEDGED ON:**

**BY**