# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Peoria)
## CIVIL DOCKET FOR CASE #: 1:07–cv–01255–JBM

Williams v. Walker  
Assigned to: Judge Joe Billy McDade  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 09/27/2007  
Date Terminated: 12/17/2007  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Shawn . Williams**   represented by   **Gerardo S Gutierrez**  
LAW OFFICES OF GERARDO S GUTIERREZ  
53 W Jackson Blvd  
Suite 1122  
Chicago, IL 60604  
312–786–9970  
Fax: 312–922–7920  
Email: g8370172@aol.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Roger E Walker**   represented by   **Michael Ryan Blankenheim**  
*Director, Illinois Dept. of Corrections*   ILLINOIS ATTORNEY GENERAL  
12th Floor  
100 W Randolph St  
Chicago, IL 60601  
312–814–2569  
Fax: 312–814–2253  
Email: mblankenheim@atg.state.il.us  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Respondent**

**Don Hulick**  
*Warden*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2007 | "1 | PETITION for Writ of Habeas Corpus Pursuant to 28 USC Section 2254 (Filing fee $ 5.00, Receipt P020208), filed by Shawn. Williams.(RK, ilcd) (Entered: 09/27/2007) |
| 09/27/2007 | "2 | MEMORANDUM of Law in Support of Petition for Writ of Habeas Corpus Pursuant to 28 USC Section 2254 re 1 PETITION for Writ of Habeas Corpus filed by Petitioner Shawn. Williams. (RK, ilcd) (Entered: 09/27/2007) |

| | | |
|---|---|---|
| 09/27/2007 | " | Remark: Clerk contacted Ottawa to inquire as to whether Mary McDade presided over the appellate case. Ottawa clerk advised Judge Mary McDade did not preside. (RK, ilcd) (Entered: 10/01/2007) |
| 10/29/2007 | " | ORDER: Before the Court is Petitioner's Section 2254 Petition filed by counsel. Pursuant to Rule 4 of the Rules governing Section 2254 Petitions, this Court finds that there may be merit to the arguments raised in the Petition. The Clerk is directed to serve a copy of the Petition and memorandum by Certified Mail upon the proper Respondent, the Warden of Menard Correctional Center in Menard, Illinois, and the Attorney General of the State of Illinois. Petitioner's Counsel is reminded that Pursuant to Rule 2, the proper Respondent is Petitioner's current custodian. Respondent shall file an Answer or other responsive pleading within sixty (60) days after service of this Order. Petitioner shall serve upon Respondent a copy of every further pleading or document submitted for consideration by the Court in accordance with Rule 4. Entered by Judge Joe Billy McDade on 10/29/07. (JBM3, ilcd) (Entered: 10/29/2007) |
| 11/05/2007 | " 3 | Return of Service Executed by Shawn Williams as to Don Hulick. (SM, ilcd) (Entered: 11/05/2007) |
| 11/15/2007 | " 4 | ACKNOWLEDGEMENT OF SERVICE Returned Executed as to Michael Glick on 11/5/07 by Shawn Williams. (SM, ilcd) (Entered: 11/15/2007) |
| 12/11/2007 | " 5 | NOTICE of Appearance of Attorney by Michael Ryan Blankenheim on behalf of Roger E Walker (Blankenheim, Michael) (Entered: 12/11/2007) |
| 12/11/2007 | " 6 | MOTION to Dismiss *Due to Improper Venue* by Respondent Roger E Walker. Responses due by 12/28/2007 (Attachments: # 1 Exhibit List, # 2 Exhibit A, # 3 Exhibit B)(Blankenheim, Michael) (Entered: 12/11/2007) |
| 12/17/2007 | " 7 | ORDER Entered by Judge Joe Billy McDade on 12/17/07. 6 Motion to Dismiss granted in part and denied in part and this matter is transferred to the District Court for the Northern District of Illinois. (SM, ilcd) (Entered: 12/17/2007) |
| 12/18/2007 | " 8 | Letter from clerk transferring case to NDIL. (SM, ilcd) (Entered: 12/18/2007) |