**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Shawn . Williams
                            Plaintiff,

v.                                        Case No.: 1:07–cv–07238
                                                  Honorable Samuel Der–Yeghiayan

Roger E Walker
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 3, 2008:

      MINUTE entry before Judge Samuel Der–Yeghiayan : Respondents are given until 01/24/08 to answer or otherwise plead to Petitioner's petition for writ of habeas corpus. In the event the respondents answers Petitioner's petition, Petitioner is given until 02/07/08 to file his reply in further support of his petition. Should Respondents move to dismiss, Petitioner is given until 02/07/08 to file his response and Respondents are given until 02/14/08 to file their reply in further support of their motion to dismiss. Status hearing set for 03/13/08 at 9:00 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.