IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 07 C 7238 |
| | ) | |
| ROGER E. WALKER,[1] Director, | ) | |
| Illinois Department of Corrections, | ) | The Honorable |
| | ) | Samuel Der-Yeghiayan, |
| Respondent. | ) | Judge Presiding. |

**UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH
TO ANSWER OR OTHERWISE PLEAD**

Respondent ROGER E. WALKER respectfully moves this Court to grant him a 28-day extension of time, from January 24, 2008, to and including February 21, 2008, in which to answer or otherwise plead to petitioner's petition for writ of habeas corpus. In support, respondent states as follows:

1. This case concerns a counseled petition for writ of habeas corpus filed under 28 U.S.C. § 2254 by Shawn Williams, an inmate of the Illinois Department of

---

[1] Petitioner is incarcerated at the Menard Correctional Center in Menard, Illinois, where Don Hulick is Warden. Because petitioner is in custody at Menard pursuant to a state court judgment, Warden Hulick should be substituted in place of Roger E. Walker as the proper respondent in this matter. *See* Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts; Fed. R. Civ. P. 25(d)(1); *Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004) (citing *Hogan v. Hanks*, 97 F.3d 189, 190 (7th Cir. 1996)); *Bridges v. Chambers*; 425 F.3d 1048, 1049-50 (7th Cir. 2005).

Corrections serving an aggregate sentence of 28 years' imprisonment for his convictions of first degree murder and aggravated battery.

2. Pursuant to this Court's order of January 3, 2008 (Doc. 10), respondent's answer or other responsive pleading is due to be filed on or before January 24, 2008.

3. Despite due diligence, the undersigned will be unable to file a response by January 24, 2008.

4. Although the undersigned has completed a substantial portion of respondent's response to the instant habeas petition, counsel's need to attend to the following matters has consumed a substantial portion of his time:

- on January 10, 2008, I presented oral argument in *Malone v. Gilson*, No. 06-3235, United States Court of Appeals for the Seventh Circuit; and

- on January 15, 2008, I presented oral argument in *People v. Beaman*, No. 104096, Supreme Court of Illinois.

5. In addition, the undersigned will be out of the office on the following dates:

- February 5, 2008, performing, as part of his duties as an Assistant Attorney General, vote-monitoring of the 2008 Illinois primary;

- February 6, 2008 through February 11, 2008, on a pre-paid vacation; and

- February 12, 2008, due to the observance of Lincoln's Birthday.

6. On January 16, 2008, the undersigned contacted petitioner's attorney, Gerardo S. Gutierrez, regarding this motion. Mr. Gutierrez indicated that he had no objection to this motion.

7. This is respondent's first request for an extension of time.

8. This motion is not for purposes of delay, but is made in good faith to ensure that respondent's interests are adequately protected.

WHEREFORE respondent respectfully requests that this Court grant him a 28-day extension of time, from January 24, 2008, to and including February 21, 2008, in which to answer or otherwise plead to petitioner's petition for writ of habeas corpus.

January 16, 2008

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By:   s/ Michael R. Blankenheim
MICHAEL R. BLANKENHEIM, Bar # 6289072
Assistant Attorney General
100 West Randolph St., 12th Floor
Chicago, Illinois 60601
TELEPHONE: (312) 814-8826
FAX: (312) 814-2253
EMAIL: mblankenheim@atg.state.il.us

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2008, I electronically filed respondent's **Unopposed Motion For Extension Of Time In Which To Answer Or Otherwise Plead** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send a copy of the same to petitioner's attorney, Gerardo S. Gutierrez.

> s/ Michael R. Blankenheim
> MICHAEL R. BLANKENHEIM, Bar # 6289072
> Assistant Attorney General
> 100 West Randolph Street, 12th Floor
> Chicago, Illinois 60601
> TELEPHONE: (312) 814-8826
> FAX: (312) 814-2253
> EMAIL: mblankenheim@atg.state.il.us