IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 07 C 7238 |
| | ) | |
| ROGER E. WALKER, Director, | ) | |
| Illinois Department of Corrections, | ) | The Honorable |
| | ) | Samuel Der-Yeghiayan, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

To:   Gerardo S. Gutierrez
      53 West Jackson Boulevard
      Suite 1122
      Chicago, Illinois 60601

**Please Take Notice** that on January 23, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I will appear before the Honorable Samuel Der-Yeghiayan, or any other judge sitting in his stead, in courtroom 1903 at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Unopposed Motion For Extension Of Time In Which To Answer Or Otherwise Plead**.

January 16, 2008                     Respectfully submitted,

                                     LISA MADIGAN
                                     Attorney General of Illinois

                        By:          s/ Michael R. Blankenheim
                                     MICHAEL R. BLANKENHEIM, Bar # 6289072
                                     Assistant Attorney General
                                     100 West Randolph St.,12th Floor
                                     Chicago, Illinois 60601
                                     TELEPHONE: (312) 814-8826
                                     FAX: (312) 814-2253
                                     EMAIL: mblankenheim@atg.state.il.us

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 16, 2008, I electronically filed the foregoing **Notice Of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send a copy of the same to petitioner's attorney, Gerardo S. Gutierrez.

                                              s/ Michael R. Blankenheim
                                              MICHAEL R. BLANKENHEIM, Bar # 6289072
                                              Assistant Attorney General
                                              100 West Randolph Street, 12th Floor
                                              Chicago, Illinois 60601
                                              TELEPHONE: (312) 814-8826
                                              FAX: (312) 814-2253
                                              EMAIL: mblankenheim@atg.state.il.us