# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7238 | **DATE** | 1/22/2008 |
| **CASE TITLE** | Shawn Wiliiams vs. Roger E Walker | | |

**DOCKET ENTRY TEXT**

Respondent Walker's motion for extension of time to answer or otherwise plead [11] is granted as follows: Respondents are given until 02/21/08 to answer or otherwise plead to Petitioner's petition for writ of habeas corpus. In the event the respondents answers Petitioner's petition, Petitioner is given until 03/06/08 to file his reply in further support of his petition. Should Respondents move to dismiss, Petitioner is given until 03/06/08 to file his response and Respondents are given until 03/13/08 to file their reply in further support of their motion to dismiss. Status hearing reset to 04/15/08 at 9:00 a.m.  Status hearing set for 03/13/08 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|