IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. SHAWN WILLIAMS, | )<br>)<br>) | |
| Petitioner, | )<br>) | |
| v. | )<br>) | 07 C 7238 |
| ROGER E. WALKER, Director,<br>Illinois Department of Corrections, | )<br>)<br>) | The Honorable<br>Samuel Der-Yeghiayan, |
| Respondent. | ) | Judge Presiding. |

To:   Gerardo S. Gutierrez
      53 West Jackson Boulevard
      Suite 1122
      Chicago, Illinois 60601

**Please Take Notice** that on February 27, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I will appear before the Honorable Samuel Der-Yeghiayan, or any other judge sitting in his stead, in courtroom 1903 at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Motion To Dismiss Petition For Writ Of Habeas Corpus As Time-Barred**.

February 15, 2008            Respectfully submitted,

                             LISA MADIGAN
                             Attorney General of Illinois

                  By:        s/ Michael R. Blankenheim
                             MICHAEL R. BLANKENHEIM, Bar # 6289072
                             Assistant Attorney General
                             100 West Randolph St., 12th Floor
                             Chicago, Illinois 60601
                             TELEPHONE: (312) 814-8826
                             FAX: (312) 814-2253
                             EMAIL: mblankenheim@atg.state.il.us

## CERTIFICATE OF SERVICE

     I hereby certify that on February 15, 2008, I electronically filed the foregoing **Notice Of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send a copy of the same to petitioner's attorney, Gerardo S. Gutierrez.

                                            LISA MADIGAN
                                            Attorney General of Illinois

By:    <u>s/ Michael R. Blankenheim</u>
          MICHAEL R. BLANKENHEIM, Bar # 6289072
          Assistant Attorney General
          100 West Randolph St., 12th Floor
          Chicago, Illinois 60601-3218
          TELEPHONE: (312) 814-8826
          FAX: (312) 814-2253
          EMAIL: mblankenheim@atg.state.il.us