IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  ex rel. SHAWN WILLIAMS,<br><br>             Petitioner,<br><br>        v.<br><br>ROGER E. WALKER, Director,<br>  Illinois Department of Corrections,<br><br>             Respondent. | )<br>)<br>)<br>)<br>)<br>) 07 C 7238<br>)<br>)<br>) The Honorable<br>) Samuel Der-Yeghiayan,<br>) Judge Presiding. |

**NOTICE OF MOTION**

To:    Gerardo S. Gutierrez
       53 West Jackson Boulevard
       Suite 1122
       Chicago, Illinois 60601

       **Please Take Notice** that on February 27, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I will appear before the Honorable Samuel Der-Yeghiayan, or any other judge sitting in his stead, in courtroom 1903 at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Motion To Dismiss Petition For Writ Of Habeas Corpus As Time-Barred**.

February 15, 2008              Respectfully submitted,

                               LISA MADIGAN
                               Attorney General of Illinois

                       By:     s/ Michael R. Blankenheim
                               MICHAEL R. BLANKENHEIM, Bar # 6289072
                               Assistant Attorney General
                               100 West Randolph St., 12th Floor
                               Chicago, Illinois 60601
                               TELEPHONE: (312) 814-8826
                               FAX: (312) 814-2253
                               EMAIL: mblankenheim@atg.state.il.us

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 15, 2008, I electronically filed the foregoing **Notice Of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send a copy of the same to petitioner's attorney, Gerardo S. Gutierrez.

                                          LISA MADIGAN
                                          Attorney General of Illinois

By:    s/ Michael R. Blankenheim
         MICHAEL R. BLANKENHEIM, Bar # 6289072
         Assistant Attorney General
         100 West Randolph St., 12th Floor
         Chicago, Illinois 60601-3218
         TELEPHONE: (312) 814-8826
         FAX: (312) 814-2253
         EMAIL: mblankenheim@atg.state.il.us