UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN WILLIAMS, | * | |
| | * | No. 07 Cv 7238 |
| Petitioner-Defendant, | * | |
| | * | |
| v. | * | |
| | * | |
| ROGER E. WALKER, Director, | * | The Honorable |
| Illinois Department of Corrections | * | Samuel Der-Yeghiayan |
| | * | Judge Presiding |

To:  Michael R. Blankenheim,
     Assistant Attorney General,
     100 West Randolph Street,
     Chicago, IL 60601-3218.

**NOTICE OF FILING**

    PLEASE TAKE NOTE that on 2/25/08, I caused to be filed with the Clerk of the United States Court for the Northern District of Illinois, at 219 S. Dearborn, Chicago, IL, this Notice together with the attached pleadings, Petitioner Shawn Williams' Response to the Motion to Dismiss § 2255 Petition.  Copies of which are served upon you.

                                                                Respectfully submitted,

                                                  /s/ GERARDO S. GUTIERREZ, Esq.
                                                  Attorney for Mr. Williams
                                                  53 W. Jackson Blvd. Ste. 1122
                                                  Chicago, IL 60604
                                                  (312) 786-9970
                                                  (312) 786-9972 (fax)

**CERTIFICATE OF SERVICE**

    Gerardo S. Gutierrez, do on oath state and certify that on 2/25/2008, I caused a copy of this Notice together with the attached Motion to be served upon all parties to this litigation by placing a copy in a first-class postage pre-paid envelope and mailing it at a U.S. Postal Service Mail Box located at 53 W. Jackson Blvd. Chicago, IIL 60604 to the above-addressed on or before 4:30 p.m.

                                                        /s/ Gerardo S. Gutierrez, Esq.