UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Shawn . Williams
                    Plaintiff,
v.                                      Case No.: 1:07−cv−07238
                                        Honorable Samuel Der−Yeghiayan
Roger E Walker
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 26, 2008:

    MINUTE entry before Judge Samuel Der−Yeghiayan : Respondent's notices of motion setting a hearing date for 02/27/08 [15], [16] are hereby stricken as moot. The dates previously set on 01/22/08 to stand. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.