IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. SHAWN WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>ROGER E. WALKER, Director,<br>Illinois Department of Corrections,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>07 C 7238<br><br><br><br>The Honorable<br>Samuel Der-Yeghiayan,<br>Judge Presiding. |

**NOTICE OF CHANGE IN PETITIONER'S CUSTODIAL STATUS**

Pursuant to Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts and Fed. R. Civ. P. 25(d)(1), notice is hereby given that petitioner Shawn Williams is now serving his sentence at Hill Correctional Center in Galesburg, Illinois, where GERARDO ACEVEDO is warden. Accordingly, GERARDO ACEVEDO should be substituted as the proper party respondent.

April 4, 2008

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By:  s/ Michael R. Blankenheim
MICHAEL R. BLANKENHEIM, Bar # 6289072
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
TELEPHONE: (312) 814-8826
FAX: (312) 814-2253
EMAIL: mblankenheim@atg.state.il.us

## CERTIFICATE OF SERVICE

      I hereby certify that on April 4, 2008, I electronically filed the foregoing **Notice Of Change In Petitioner's Custodial Status** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send a copy of the same to petitioner's attorney, Gerardo S. Gutierrez.

      <u>s/ Michael R. Blankenheim</u>
      MICHAEL R. BLANKENHEIM, Bar # 6289072
      Assistant Attorney General
      100 West Randolph Street, 12th Floor
      Chicago, Illinois 60601-3218
      TELEPHONE: (312) 814-8826
      FAX: (312) 814-2253
      EMAIL: mblankenheim@atg.state.il.us