IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br> ex rel. SHAWN WILLIAMS, <br><br> Petitioner, <br><br> v. <br><br> ROGER E. WALKER,[1] Director, <br> Illinois Department of Corrections, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) 07 C 7238 <br> ) <br> ) <br> ) The Honorable <br> ) Samuel Der-Yeghiayan, <br> ) Judge Presiding. |

**MOTION FOR LEAVE TO FILE RESPONSE
TO PETITIONER'S SURREPLY**

Pursuant to Fed. R. Civ. P. 7(b)(1), respondent ROGER E. WALKER moves this Court for leave to file a response to petitioner's surreply (Doc. 22), a proposed copy of which is attached hereto. In support, respondent states as follows:

1.  This case concerns a counseled petition for writ of habeas corpus filed under 28 U.S.C. § 2254 by petitioner Shawn Williams, an inmate of the Illinois Department of Corrections.

2.  On September 27, 2007, petitioner filed the instant petition in the United States District Court for the Central District of Illinois. However, that court was not a venue in which the petition could be adjudicated. *See* 28 U.S.C. § 2241(d).

---

[1] Gerardo Acevedo, Warden of the Hill Correctional Center, is the proper respondent in this matter and should be substituted for Roger E. Walker. *See* Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts; Fed. R. Civ. P. 25(d)(1); *Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004); *Bridges v. Chambers*, 425 F.3d 1048, 1049-50 (7th Cir. 2005).

On respondent's motion (Doc. 6), the district court transferred the petition to this Court. (Doc. 7).

  3. On February 15, 2008, respondent moved to dismiss the petition with prejudice because it is untimely under 28 U.S.C. § 2244(d)(1). (*See* Doc. 14). In keeping with the briefing schedule entered by this Court on January 22, 2008 (Doc. 13), petitioner responded on February 26, 2008 (Doc. 18) and respondent replied on March 11, 2008 (Doc. 21). No further pleadings were requested by this Court, and a status hearing is currently set for April 15, 2008 at 9:00 a.m.

  4. On March 17, 2008, petitioner filed a surreply to respondent's reply in support of the motion to dismiss. (*See* Doc. 22).

  5. In his surreply, petitioner makes several arguments respecting the timeliness of his federal petition that were not raised in either the memorandum of law that accompanied his habeas petition or the response to respondent's motion to dismiss. Petitioner's failure to raise those arguments prior to filing his surreply deprived respondent of the opportunity to address them in an earlier pleading.

  6. Respondent therefore respectfully requests leave of Court to file the attached response, which briefly addresses petitioner's new arguments in support of his contention that the instant petition is timely.

## CONCLUSION

This Court should grant respondent leave to file the attached response to petitioner's surreply.

April 4, 2008                                  Respectfully submitted,

                                                              LISA MADIGAN
                                                              Attorney General of Illinois

                                    By:    s/ Michael R. Blankenheim
                                                              MICHAEL R. BLANKENHEIM, Bar # 6289072
                                                              Assistant Attorney General
                                                              100 West Randolph Street, 12th Floor
                                                              Chicago, Illinois 60601-3218
                                                              TELEPHONE: (312) 814-8826
                                                              FAX: (312) 814-2253
                                                              EMAIL: mblankenheim@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2008, I electronically filed respondent's **Motion For Leave To File Response To Petitioner's Surreply** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send a copy of the same to petitioner's attorney, Gerardo S. Gutierrez.

s/ Michael R. Blankenheim
MICHAEL R. BLANKENHEIM, Bar # 6289072
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
TELEPHONE: (312) 814-8826
FAX: (312) 814-2253
EMAIL: mblankenheim@atg.state.il.us
