IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA   ex rel. SHAWN WILLIAMS, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | 07 C 7238 |
| ROGER E. WALKER, Director,   Illinois Department of Corrections, | ) ) ) | The Honorable   Samuel Der-Yeghiayan, |
| Respondent. | ) | Judge Presiding. |

**NOTICE OF MOTION**

To:   Gerardo S. Gutierrez
      53 West Jackson Boulevard
      Suite 1122
      Chicago, Illinois 60601

**Please Take Notice** that on April 9, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I will appear before the Honorable Samuel Der-Yeghiayan, or any other judge sitting in his stead, in courtroom 1903 at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Motion For Leave To File Response To Petitioner's Surreply**.

April 4, 2008                    Respectfully submitted,

                                 LISA MADIGAN
                                 Attorney General of Illinois

              By:    s/ Michael R. Blankenheim
                     MICHAEL R. BLANKENHEIM, Bar # 6289072
                     Assistant Attorney General
                     100 West Randolph St.,12th Floor
                     Chicago, Illinois 60601
                     TELEPHONE: (312) 814-8826
                     FAX: (312) 814-2253
                     EMAIL: mblankenheim@atg.state.il.us

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 4, 2008, I electronically filed the foregoing **Notice Of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send a copy of the same to petitioner's attorney, Gerardo S. Gutierrez.

                                          s/ Michael R. Blankenheim
                                          MICHAEL R. BLANKENHEIM, Bar # 6289072
                                          Assistant Attorney General
                                          100 West Randolph St., 12th Floor
                                          Chicago, Illinois 60601-3218
                                          TELEPHONE: (312) 814-8826
                                          FAX: (312) 814-2253
                                          EMAIL: mblankenheim@atg.state.il.us