## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Shawn . Williams

                    Plaintiff,

v.                                          Case No.: 1:07–cv–07238
                                            Honorable Samuel Der–Yeghiayan

Roger E Walker

                    Defendant.

---

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 8, 2008:

        MINUTE entry before Judge Honorable Samuel Der–Yeghiayan: Respondent Don Hulick's motion for leave to file response To Petitioner's surreply [24] is granted. Respondent Don Hulick is given 10 days to file his response to Petitioner's surreply. Status hearing reset to 06/25/08 at 9:00 a.m. Status hearing set for 04/15/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.