# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7238 | **DATE** | 6/24/2008 |
| **CASE TITLE** | SHAWN WILLIAMS, vs. GERARDO ACEVEDO | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the Court's memorandum opinion dated 06/24/08, Respondent's motion to dismiss Petitioner's petition for writ of habeas corpus as time-barred [14] is granted.   Therefore, Petitioner's petition for writ of habeas corpus is hereby dismissed. All pending dates and motions are hereby stricken as moot. Civil case terminated.

■ [ For further detail see separate order(s).]                                                    Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|