# United States District Court
## Northern District of Illinois
### Eastern Division

Shawn Williams

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 07 C 7238

Gerardo Acevedo

☐  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■  Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons stated in the Court's memorandum opinion dated 06/24/08, Respondent's motion to dismiss Petitioner's petition for writ of habeas corpus as time-barred [14] is granted. Therefore, Petitioner's petition for writ of habeas corpus is hereby dismissed.

Michael W. Dobbins, Clerk of Court

Date: 6/24/2008

_____Michael Wing_____
/s/ Michael A. Wing, Deputy Clerk